| ☐ County Court  ☒ District Court | |
|---|---|
| County, Colorado | |
| United States District Court<br>Colorado | |
| **Plaintiff**: Alexandra Davis, Individually and on behalf of All Others Similarly Situated<br>v.<br>**Defendant**: BJ's Restaurants, Inc. and BJ's Restaurant Operations Company | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney: | Case Number: CA 21-CV-01381 |
| Phone Number:          E-mail:<br>FAX Number:         Atty. Reg. #: | Division_____ Courtroom_____ |

## AFFIDAVIT OF SERVICE

Received by Professional Process Servers, LLC to be served on **BJ's Restaurant Operations Company c/o National Registered Agents, Inc., 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112**.

I, Michael LeJon, being duly sworn, depose and say that on the **2nd day of June, 2021** at **10:31 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Plaintiff's Original Collective and Class Action Complaint and Jury Demand, Exhibit, Cover Sheet, and Consent/Non Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases, Minute Order, Notice of Appearance of Counsel Lori M. Griffin** to: **Patrick Mathis** as **Intake Specialist** at the address of: **7700 E Arapahoe Rd Ste 220, Centennial, CO 80112**, who stated they are authorized to accept service for **BJ's Restaurant Operations Company**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
25, white, male, 5'7", 175lbs, blonde hair and glasses.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_Signature of Process Server_ — Michael LeJon

Subscribed and Sworn to before me on the 2nd day of June 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

CASSANDRA PRICE-DOUGLAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154041051
MY COMMISSION EXPIRES OCTOBER 27, 2023

**Michael LeJon**
Process Server

Professional Process Servers, LLC
998 East Davies Avenue
Centennial, CO 80122
(303) 515-7250

Reference: 358100         AFFIDAVIT OF SERVICE         Page 1 of 1
Job Number: LSK-2021002273