IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-01381-MEH

ALEXANDRA DAVIS, *Individually and
On Behalf of All Others Similarly Situated,*

        Plaintiff,

v.

BJ'S RESTAURANTS, INC., and
BJ'S RESTAURANT OPERATIONS COMPANY,

        Defendants.

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Alexandra Davis and Defendants BJ's Restaurants, Inc. and BJ's Restaurant Operations Company stipulate that Defendants may have an additional 21 days within which to file a responsive pleading to Plaintiff's Original Collective and Class Action Complaint and Jury Demand ("Complaint") (ECF No. 1).

Plaintiff served the Complaint on Defendants on June 2, 2021. (ECF Nos. 9, 10). Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants response is currently due on June 23, 2021, which is 21 days from service. In light of this stipulation, and pursuant to D.C.Colo.LCivR 6.1(a), Defendants must now file their responsive pleading to the Complaint by **July 14, 2021**.

There have been no previous requests for extensions of this deadline. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel will serve a copy of this stipulation on their respective clients.

Dated this 21st day of June, 2021

| | |
|---|---|
| *s/ Jennifer S. Harpole* | *s/ Don J. Foty* |
| David B. Jordan | Don J. Foty |
| Jennifer S. Harpole | HODGES & FOTY LLP |
| Grace L. McGuire | 4409 Montrose Boulevard, Suite 200 |
| LITTLER MENDELSON, P.C. | Houston, TX 77006 |
| 1900 Sixteenth Street, Suite 800 | Phone: 713-523-0001 |
| Denver, CO  80202 | Fax: 713-523-1116 |
| Telephone: 303.629.6200 | Email: dfoty@hftrialfirm.com |
| Facsimile: 303.629.0200 | |
| Email: djordan@littler.com | *Attorneys for Plaintiff* |
| jharpole@littler.com | |
| gmcguire@littler.com | |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2021, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** using the CM/ECF system, which will send notification of such filing to the following:

Lori Marie Griffin
Lazzaro Law Firm LLC
34555 Chagrin Boulevard, Suite 250
Moreland Hills, OH 44022
Phone: 216-696-5000
Fax: 216-696-7005
Email: lori@lazzarolawfirm.com

Don J. Foty
Hodges & Foty LLP
4409 Montrose Boulevard, Suite 200
Houston, TX 77006
Phone: 713-523-0001
Fax: 713-523-1116
Email: dfoty@hftrialfirm.com

*Attorneys for Plaintiff*

                                                                                *s/ Valerie Gremillion*
                                                                                Valerie Gremillion

4819-5457-0735.1 / 073643-1081