**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-01381-MEH

ALEXANDRA DAVIS, *Individually and
On Behalf of All Others Similarly Situated,*

        Plaintiff,

v.

BJ'S RESTAURANTS, INC., and
BJ'S RESTAURANT OPERATIONS COMPANY,

        Defendants.

**JOINT MOTION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT, AND TO RESET SCHEDULING CONFERENCE**

Plaintiff Alexandra Davis and Defendants BJ's Restaurants, Inc. and BJ's Restaurant Operations Company jointly request an additional 30 days within which Defendants may file their responsive pleadings to Plaintiff's Original Collective and Class Action Complaint and Jury Demand ("Complaint") (ECF No. 1). The parties are currently reviewing arbitration agreements that may be applicable to this matter in order to determine whether the case should proceed in this forum, or should be moved to arbitration. The additional time requested will allow the parties to conduct this due diligence and determine whether they can jointly agree how to proceed without motions practice.

Plaintiff served the Complaint on Defendants on June 2, 2021. (ECF Nos. 9, 10). Pursuant to D.C.Colo.LCivR 6.1(a), the parties stipulated to a 21-day extension of time for Defendants to file a responsive pleading, making the current deadline July 14, 2021. The parties now seek an

additional 30 days, or until **August 13, 2021**, for Defendants to file their responsive pleadings. This is the parties' second request for extension of this deadline. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel will serve a copy of this joint motion on their respective clients.

The parties also seek to reset the Fed. R. Civ. P. 16 scheduling conference, currently set for July 26, 2021, to a date after August 13, 2021, in order to conserve judicial resources in the event the parties are able to agree that the dispute should proceed in arbitration, rather than in this forum.

Dated this 9th day of July, 2021.

| *s/ Jennifer S. Harpole* | *s/ Don J. Foty* |
|---|---|
| David B. Jordan | Don J. Foty |
| Jennifer S. Harpole | HODGES & FOTY LLP |
| Grace L. McGuire | 4409 Montrose Boulevard, Suite 200 |
| LITTLER MENDELSON, P.C. | Houston, TX 77006 |
| 1900 Sixteenth Street, Suite 800 | Phone: 713-523-0001 |
| Denver, CO 80202 | Fax: 713-523-1116 |
| Telephone: 303.629.6200 | Email: dfoty@hftrialfirm.com |
| Facsimile: 303.629.0200 | |
| Email: djordan@littler.com | *Attorneys for Plaintiff* |
|         jharpole@littler.com | |
|         gmcguire@littler.com | |

*Attorneys for Defendants*