UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CIVIL NO. 1:21-cv-01381-MEH**

**ALEXANDRA DAVIS, Individually and On Behalf of All Others Similarly Situated,**

**Plaintiff,**

**V.**

**BJ'S RESTAURANTS, INC. and BJ'S RESTAURANT OPERATIONS COMPANY,**

**Defendants.**

---

### NOTICE OF APPEARANCE OF COUNSEL ALANNA KLEIN FISCHER

---

Alanna Klein Fischer of The Lazzaro Law Firm, LLC hereby enters an appearance as counsel for Plaintiff in this Action.

Respectfully submitted,

 /s/ Alanna Klein Fischer
Alanna Klein Fischer (0090986)
Anthony J. Lazzaro (0077962)
Lori M. Griffin (0085241)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
alanna@lazzarolawfirm.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, a copy of the foregoing *Notice of Appearance of Counsel Alanna Klein Fischer* was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

    /s/ Alanna Klein Fischer
One of the Attorneys for Plaintiff