IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-01381-MEH

ALEXANDRA DAVIS, *Individually and
On Behalf of All Others Similarly Situated*,

        Plaintiff,

v.

BJ'S RESTAURANTS, INC., and
BJ'S RESTAURANT OPERATIONS COMPANY,

        Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alexandra Davis and Defendants BJ's Restaurants, Inc. and BJ's Restaurant Operations Company stipulate to the dismissal of the entire action without prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 12th day of August, 2021.

*[signatures appear on the following page]*

| | |
|---|---|
| *s/ Jennifer S. Harpole* | *s/ Don J. Foty* |
| David B. Jordan | Don J. Foty |
| Jennifer S. Harpole | HODGES & FOTY LLP |
| Grace L. McGuire | 4409 Montrose Boulevard, Suite 200 |
| LITTLER MENDELSON, P.C. | Houston, TX 77006 |
| 1900 Sixteenth Street, Suite 800 | Phone: 713-523-0001 |
| Denver, CO  80202 | Fax: 713-523-1116 |
| Telephone: 303.629.6200 | Email: dfoty@hftrialfirm.com |
| Facsimile: 303.629.0200 | |
| Email: djordan@littler.com | Anthony J. Lazzaro |
|       jharpole@littler.com | Alanna Klein Fischer |
|       gmcguire@littler.com | Lori M. Griffin |
| | The Lazzaro Law Firm, LLC |
| *Attorneys for Defendants* | The Heritage Building, Suite 250 |
| | 34555 Chagrin Boulevard |
| | Moreland Hills, OH 44022 |
| | Phone: 216-696-5000 |
| | Fascsimile: 216-696-7005 |
| | Email: anthony@lazzarolawfirm.com |
| |       lori@lazzarolawfirm.com |
| |       alanna@lazzarolawfirm.com |
| | |
| | *Attorneys for Plaintiff* |

2