IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01381-MEH

ALEXANDRA DAVIS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BJ'S RESTAURANTS, INC., and
BJ'S RESTAURANT OPERATIONS COMPANY,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed August 12, 2021; ECF 19]. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Stipulation. Therefore, this case was **DISMISSED WITHOUT PREJUDICE**, with each party to bear her or its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary.

    Dated and entered at Denver, Colorado, this 13th day of August, 2021.

                                        BY THE COURT:

                                        */s/ Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge